# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. SACV 18-01547 JVS(Ex)     Date February 11, 2019

Title: Ueon Bak v. Megan Brennan

Present: The Honorable JAMES V. SELNA

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 12/19/2018, Dkt 5.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6

☐ Entered _____.

Initials of Preparer _____